IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUSAN JARAMILLO HUERTA,

    Plaintiff,

  v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

Case No.  2:23-cv-00620-KRS

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for Third Extension of Time (Doc. 15) to file her Answer or otherwise respond to Plaintiff's Complaint, the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until December 29, 2023, to file her Answer or otherwise respond to Plaintiff's Complaint.

_____
HONORABLE KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted*
JESSICA MILANO
Special Assistant United States Attorney

*Electronically approved*
LAURA JOELLEN JOHNSON
Attorney for Plaintiff