IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUSAN JARAMILLO HUERTA,

      Plaintiff,

  v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

      Defendant.

Case No. 2:23-cv-00620-KRS

## ORDER

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 20), and for good cause appearing, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.[1]

_____
HONORABLE KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE

---

[1] The Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

SUBMITTED AND APPROVED BY:

*Electronically submitted*
JESSICA MILANO
Special Assistant United States Attorney

*Electronically approved*
LAURA JOELLEN JOHNSON
Attorney for Plaintiff